**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**JOHN BENNETT,**

        **Plaintiff,**

**vs.**                                  **Case No.: 2:14-cv-1450**
                                              **JUDGE GEORGE C. SMITH**
                                              **Magistrate Judge Deavers**

**GARY C. MOHR,** *et al.*,

        **Defendants.**

## ORDER

On July 19, 2017, the United States Magistrate Judge issued a *Report and Recommendation* recommending that Defendants' Motion for Summary Judgment be granted. (*See Report and Recommendation*, Doc. 102). The parties were advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.** Defendants' Motion for Summary Judgment is hereby **GRANTED**.

The Clerk shall remove Documents 89 and 102 from the Court's pending motions list and enter final judgment in favor of Defendants

        **IT IS SO ORDERED**.

                                              */s/ George C. Smith*
                                              **GEORGE C. SMITH, JUDGE**
                                                **UNITED STATES DISTRICT COURT**